# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00157-CV

### In re Jimmy Lee Massey and Kathleen Julie Washpon

---

### ORIGINAL PROCEEDING FROM MILAM COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relators Jimmy Lee Massey and Kathleen Julie Washpon have filed a pro se petition for writ of mandamus and emergency motion for temporary relief. Based on the record before us, we deny the petition for writ of mandamus and the motion for temporary relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (explaining relator has burden to provide court with sufficient record to establish right to mandamus relief); Tex. R. App. P. 52.7(a)(1) (providing relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: February 28, 2020